IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM E. KANTZ, JR., | ) |
| Plaintiff, | ) Case No. 3:14-1113 |
| | ) Chief Judge Haynes |
| v. | ) |
| RUBIN LUBLIN, PLLC, RUBIN LUBLIN, LLC and FEDERAL HOME LOAN MORTGAGE CORPORATION, | ) |
| Defendants. | ) |

**ORDER**

Before the Court is Plaintiff's motion to amend his complaint to nonsuit his federal law claim (Docket Entry No. 7) that is unopposed and is **GRANTED**. Plaintiff also filed a motion to remand (Docket Entry No. 8) that is **DENIED** as with the Federal Home Loan Mortgage Corporation as a defendant, this action arises under federal law. 12 U.S.C. § 1452(f).

It is so **ORDERED**.

ENTERED this the 29th day of May, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court