**From:** William Kantz <wektek@williamkantz.com>
**To:** Jim Roberts <jimrob001@aol.com>
**Subject:** Fwd: URGENT!! IMMEDIATE ATTENTION REQUESTED!!
**Date:** Tue, Mar 18, 2014 1:21 pm

William Kantz
615-456-4648
wektek@williamkantz.com

Begin forwarded message:

> **From:** Scott Johannessen <scott@sdjnet.com>
> **Subject: Fwd: URGENT!! IMMEDIATE ATTENTION REQUESTED!!**
> **Date:** March 14, 2014 at 3:36:30 PM CDT
> **To:** Henry Hood <hhood@comcast.net>, William Kantz <wektek@williamkantz.com>
> **Cc:** Scott Johannessen <scott@sdjnet.com>
>
> FYI
>
> **Scott D. Johannessen**
> Attorney | CPA
> Law Offices of Scott D. Johannessen
>
> 877.863.5400 | phone
> 877.863.5401 | fax
> 916.419.6600 | mobile
> scott@sdjnet.com | email
> www.sdjnet.com | web
>
> Nashville | Sacramento
> Licensed in Tennessee and California
>
> **Confidentiality Note:** This email may contain
> confidential or private information. If you
> are not the intended recipient or received
> this email in error please delete and notify the
> sender.
>
>
> Begin forwarded message:
>
>> **From:** Scott Johannessen <scott@sdjnet.com>
>> **Subject: Re: URGENT!! IMMEDIATE ATTENTION REQUESTED!!**
>> **Date:** March 14, 2014 at 3:35:53 PM CDT
>> **To:** Bret Chaness <bchaness@rubinlublin.com>
>> **Cc:** Scott Johannessen <scott@sdjnet.com>, Peter Lublin <plublin@rubinlublin.com>
>>
>> Bret,
>>
>> Any chance you could at least provide me with the name of the crier who was at the
>> courthouse on February 20 to cry the sale? Please let me know.
>>
>> Thanks.
>>
>> **Scott D. Johannessen**
>> Attorney | CPA

Law Offices of Scott D. Johannessen

877.863.5400 | phone
877.863.5401 | fax
916.419.6600 | mobile
scott@sdjnet.com | email
www.sdjnet.com | web

Nashville | Sacramento
Licensed in Tennessee and California

**Confidentiality Note:**  This email may contain
confidential or private information. If you
are not the intended recipient or received
this email in error please delete and notify the
sender.

On Mar 7, 2014, at 2:52 PM, Scott Johannessen <scott@sdjnet.com> wrote:

Bret,

Thanks for the case citation, but it does not address my concern.
There will be a time to argue the law and the facts, but now is not that
time.

Also, I never said I would contact your client about this dispute.  Read
my email again.  I again emphasize that I will not.  Please have the
courtesy of not fomenting a dispute where none exists.

I'm not sure what your email accomplishes, other than further evasion
and denial.  Your silence and veiled threats speak volumes.  Thanks
for the confirmation.

**Scott D. Johannessen**
Attorney | CPA
Law Offices of Scott D. Johannessen

877.863.5400 | phone
877.863.5401 | fax
916.419.6600 | mobile
scott@sdjnet.com | email
www.sdjnet.com | web

Nashville | Sacramento
Licensed in Tennessee and California

**Confidentiality Note:**  This email may contain
confidential or private information. If you
are not the intended recipient or received
this email in error please delete and notify the
sender.

On Mar 7, 2014, at 2:37 PM, Bret Chaness
<bchaness@rubinlublin.com> wrote:

Scott,

I direct you to a recently published decision, *Coleman v.
Indymac Venture, LLC*, ____ F. Supp. 2d _____, No. 2:12-

cv-2125-JTF-dkv, 2013 WL 4499133, at *7 (W.D. Tenn. Aug. 20, 2013) (citing *Young v. Bank One, N.A.*, No. M2003-01359-COA-R3-CV, 2004 WL 2098284, at *1 (Tenn. Ct. App. Sept. 20, 2004), where it was noted that "[t]he burden of proof imposed upon a party seeking rescission of a foreclosure sale is substantial, and courts do not set aside foreclosure sales lightly." If you have case law to the contrary, please provide it. And again, if you have evidence that shows any irregularities, please provide it.

You cannot contact my client independently and any attempt to do so will result in my firm filing a complaint against you with the Board of Professional Responsibility.

*Personalized Service, Professional Results*
<image9539c2.JPG>

**Bret Chaness | Litigation Associate**

| | |
|---|---|
| Rubin Lublin, LLC/Rubin Lublin TN, PLLC | Main: 770-246-3300 |
| 3740 Davinci Court, Suite 150 | Direct: 678-281-2730 |
| Peachtree Corners, Georgia 30092 | Fax: 404-921-9016 |
| www.rubinlublin.com | bchaness@rubinlublin.com |

*Serving Georgia, Mississippi, Tennessee & Alabama*

**From:** Scott Johannessen [mailto:scott@sdjnet.com]
**Sent:** Friday, March 07, 2014 3:10 PM
**To:** Bret Chaness
**Cc:** Peter Lublin
**Subject:** Re: URGENT!! IMMEDIATE ATTENTION REQUESTED!!

Bret,

Under Tennessee and Sixth Circuit law it is not my client's burden to prove your firm, as substitute trustee, conducted a proper sale. It is your client's burden.

If you are comfortable with your facts then perhaps you could affirm by affidavit just one. That is, affirm your claim and support your prior representations and assurances that the sale was indeed cried as noticed. It is certainly your

prerogative, but if you believe what you say to be true then you should have no problem setting the record straight. Better now than in litigation where it would be addressed anyway, wouldn't you agree?

Please advise BANA of your firm's error. Since the matter is closed insofar as your firm is concerned, BANA will be contacted independently.

Thanks.

**Scott D. Johannessen**
Attorney | CPA

877.863.5400 | phone
877.863.5401 | fax
916.419.6600 | mobile
scott@sdjnet.com | email
www.sdjnet.com | web

Nashville | Sacramento
Licensed in Tennessee and California

**Confidentiality Note:** This email may contain confidential or private information. If you are not the intended recipient or received this email in error please delete and notify the sender.

On Mar 7, 2014, at 12:59 PM, Bret Chaness <bchaness@rubinlublin.com> wrote:

> Scott,
>
> My office has conducted further investigation into the sale and have discovered no irregularities whatsoever. The individual who cried the sale has assured us that the sale was cried. At this point in time, I am not sure what your issues are with the sale, as every single email you send raises some other, unsubstantiated issue. If you have actual evidence of any irregularities, please provide it. Thus far, you have mentioned photos, videos, and letters from the borrower, but have produced nothing to show that these actually exist.
>
> As to your latest issue raised, I will not be discussing with you anything that was talked about with my client. As you well know, that is privileged information. Additionally, any allegation regarding a "written notice" sent by the borrower to Rubin Lublin and BANA is irrelevant. As I

stated in my original letter to you, Tenn. Code Ann. § 35-5-104(d) requires that only those with recorded interests in the property to be named as an interested party in the advertisement. You did not have a recorded assignment of the deed of trust you purport to have had an interest in.

At this point in time, I consider this matter closed unless you can provide me with actual evidence of irregularities.

*Personalized Service, Professional Results*
<image7cf10f.JPG>

**Bret Chaness | Litigation Associate**

| | |
|---|---|
| Rubin Lublin, LLC/Rubin Lublin TN, PLLC | Main: 770-246-3300 |
| 3740 Davinci Court, Suite 150 | Direct: 678-281-2730 |
| Peachtree Corners, Georgia 30092 | Fax: 404-921-9016 |
| www.rubinlublin.com | bchaness@rubinlublin.com |

*Serving Georgia, Mississippi, Tennessee & Alabama*

---

**From:** Scott Johannessen [mailto:scott@sdjnet.com]
**Sent:** Friday, March 07, 2014 1:33 PM
**To:** Bret Chaness
**Cc:** Scott Johannessen; Peter Lublin
**Subject:** Re: URGENT!! IMMEDIATE ATTENTION REQUESTED!!

Bret,

See my emails below. Again, please advise as to status.

I have been informed that despite our prior communications and your past assurances and representations your firm nonetheless and with full knowledge of the disputed issues recorded on March 6, 2014, a substitute trustee's deed related to the subject property. The recordation with the

Davidson County Register of Deeds apparently took place after my last email to you yesterday morning.  I'm assuming you notified both your clients and Freddie Mac in advance of the deed recordation.  Please advise if you did not.

Again, time remains of the essence.

Thanks.

**Scott D. Johannessen**
Attorney | CPA
Law Offices of Scott D. Johannessen

877.863.5400 | phone
877.863.5401 | fax
916.419.6600 | mobile
scott@sdjnet.com | email
www.sdjnet.com | web

Nashville | Sacramento
Licensed in Tennessee and California

**Confidentiality Note:**  This email may contain confidential or private information. If you are not the intended recipient or received this email in error please delete and notify the sender.

On Mar 6, 2014, at 5:36 AM, Scott Johannessen <scott@sdjnet.com> wrote:

Bret,

Please advise as to status.  It has been one week since your last communication.  Time remains of the essence.

Also, I have been informed by the property owner that both BANA and Rubin Lublin were provided written notice, in September 2013, of my client's lien interest in the property.

I await your prompt reply.

Thanks.

**Scott D. Johannessen**
Attorney | CPA
Law Offices of Scott D. Johannessen

877.863.5400 | phone
877.863.5401 | fax
916.419.6600 | mobile
scott@sdjnet.com | email
www.sdjnet.com | web

Nashville | Sacramento
Licensed in Tennessee and California

**Confidentiality Note:** This email may contain
confidential or private information. If you
are not the intended recipient or received
this email in error please delete and notify the
sender.

On Feb 27, 2014, at 11:49 AM, Bret
Chaness <bchaness@rubinlublin.com>
wrote:

Scott,

Once I look into the matter further I will reply to
your email. And I am telling you that you can't
speak with my client because they are
represented by an attorney in this matter (my
firm), not because you are an attorney.

*Personalized Service, Professional Results*

<imagea36bd2.JPG>

**Bret Chaness | Litigation Associate**

| | |
|---|---|
| Rubin Lublin, LLC/Rubin Lublin TN, PLLC | Main: 770-246-3300 |
| 3740 Davinci Court, Suite 150 | Direct: 678-281-2730 |
| Peachtree Corners, Georgia 30092 | Fax: 404-921-9016 |
| www.rubinlublin.com | bchaness@rubinlublin.com |

*Serving Georgia, Mississippi,*
*Tennessee & Alabama*

_____Sent from my iPhone_____

On Feb 27, 2014, at 12:43 PM, "Scott
Johannessen" <scott@sdjnet.com> wrote:

Bret,

Please respond to my email
below.

Also, as a member of the third
position lien holder I have been
communicating with you as a
part owner, not as an attorney. Is
it your position that one lien
holder representative cannot
speak directly with another lien
holder representative just
because the former happens to
be an attorney? This is not a
legal matter. I'm addressing a
business transaction here and I
have legitimate questions. What
are you concerned about?

Would you rather I have one of
the other LLC owners, who's not
an attorney, contact BANA
instead? Let me know.

**Scott D. Johannessen**
Attorney | CPA

877.863.5400 | phone
877.863.5401 | fax
916.419.6600 | mobile
scott@sdjnet.com | email
www.sdjnet.com | web

Nashville | Sacramento
Licensed in Tennessee and California

**Confidentiality Note:** This email may
contain confidential or private information. If
you are not the intended recipient or received
this email in error please delete and notify the
sender.

On Feb 25, 2014, at 4:57 PM,
Scott Johannessen
<sdj@me.com> wrote:

Bret,

In the notice
published in the
Tennessee
Tribune on
February 6, 2014,
it states:

N
O
W,

THEREFORE, notice is hereby given that the entire indebtedness has been declared due and payable, and that the undersigned, Rubin Lublin TN, PLLC

, as Substitute Trustee or his duly appointed agent, by virtue of the power, duty and authority vested and imposed upon said Substitute Trustee will, on February 20,

2014 at 11:00 AM at the Front Entrance of the Historic Courthouse located at 1 Public Square, located in Nashville, Tennessee, proceed to sell at public outcr

y
to
th
e
hig
he
st
an
d
be
st
bid
de
r
for
ca
sh
or
ce
rtifi
ed
fu
nd
s
O
NL
Y,
th
e
foll
ow
ing
de
scr
ibe
d
pr
op
ert
y ..
.

If you can provide
me with an
affidavit
confirming
compliance with
the above
language of the
public notice that
should suffice.

Thanks.

**Scott D.
Johannessen**
Attorney | CPA
Law Offices of
Scott D.
Johannessen

877.863.5400 | ph
one
877.863.5401 | fax

916.419.6600 | mobile
scott@sdjnet.com | email
www.sdjnet.com | web

Nashville | Sacramento
Licensed in Tennessee
and California

**Confidentiality Note:** This email may contain confidential or private information. If you are not the intended recipient or received this email in error please delete and notify the sender.

On Feb 25, 2014, at 12:06 PM, Bret Chaness <bchaness@rubinlublin.com> wrote:

Scott,

We represent the holder of the deed of trust and you cannot communicate directly with BANA as they are represented by counsel.

*Personalized Service, Professional Results*

<image7b6804.JPG>

**Bret Chaness | Litigation Associate**

| | |
|---|---|
| Rubin Lublin, LLC/Rubin Lublin TN, PLLC | Main: 770-246-3300 |
| 3740 Davinci Court, Suite 150 | Direct: 678-281-2730 |
| Peachtree Corners, Georgia 30092 | Fax: 404-921-9016 |
| www.rubinlublin.com  bchaness@rubinlublin.com | |

*Serving Georgia, Mississippi, Tennessee & Alabama*

**From:** Scott Johannessen [mailto:sdj@me.com]
**Sent:** Tuesday, February 25, 2014 12:59 PM
**To:** Bret Chaness
**Cc:** Scott Johannessen; Peter Lublin
**Subject:** Re: URGENT!! IMMEDIATE ATTENTION REQUESTED!!

This is an urgent matter and I prefer not to go through the substitute trustee.  I need to speak with

the holder of
the deed of
trust,
BANA/BAC.

Please forward
to me the
BANA/BAC
individual
contact
overseeing
this file.  I
need to speak
with him/her
or the
company's
attorney
ASAP.

Thanks.

**Scott D.
Johannessen**
Attorney | CPA
Law Offices of
Scott D.
Johannessen

877.863.5400 | ph
one
877.863.5401 | fax

916.419.6600 | mo
bile
scott@sdjnet.com
| email
www.sdjnet.com |
web

Nashville | Sacramento
Licensed in Tennessee
and California

**Confidentiality
Note:**  This email may
contain
confidential or private
information. If you
are not the intended
recipient or received
this email in error
please delete and
notify the
sender.

On Feb 25,
2014, at 11:55
AM, Bret

Chaness
<bchaness@ru
binlublin.com
> wrote:

Scott,

If you have this
evidence,
please provide
it. Otherwise,
there is nothing
further that we
will be doing
with regard to
this sale.

*Personalized
Service,
Professional
Results*

<image5ac249
.JPG>

**Bret
Chaness | Liti
gation
Associate**

| Rubin Lublin, LLC/Rubin Lublin TN, PLLC | Main: 770-246-3300 |
| 3740 Davinci Court, Suite 150 | Direct: 678-281-2730 |
| Peachtree Corners, Georgia 30092 | Fax: 404-921-9016 |
| www.rubinlublin.com | bchaness@rubinlublin.com |

*Serving
Georgia,
Mississippi,*

*Tennessee & Alabama*

**From:** Scott Johannessen [mailto:sdj@me.com]
**Sent:** Tuesday, February 25, 2014 12:52 PM
**To:** Bret Chaness
**Cc:** Scott Johannessen; Peter Lublin
**Subject:** Re: URGENT!! IMMEDIATE ATTENTION REQUESTED!!

Bret,

Following up on our prior phone calls and correspondence (see below), I received (1) video and photographic evidence which suggest that your assurances and representations about the trustee's sale are not accurate and (2) the subject residential property may be in the process of

being marketed for sale and/or or sold to a third party by Bank of America. Please advise.

Please contact me **as soon as possible** and notify me regarding status, including the names of any potential purchaser(s) of the property. Objection is hereby made thereto.

Thanks.

**Scott D. Johannessen**
Attorney | CPA
Law Offices of Scott D. Johannessen

877.863.5400 | phone
877.863.5401 | fax

916.419.6600 | mobile
scott@sdjnet.com | email
www.sdjnet.com | web

Nashville | Sacramento
Licensed in Tennessee and California

**Confidentiality Note:** This email may contain confidential or private information. If you are not the intended recipient or received this email in error please delete and notify the sender.

On Feb 20, 2014, at 4:09 PM, Bret Chaness <[bchaness@rubinlublin.com](mailto:bchaness@rubinlublin.com)> wrote:

I've been assured that the sale was indeed cried.

*Personalized Service, Professional Results*

<image7da81b.JPG>

**Bret Chaness | Litigation Associate**

| Rubin Lublin, LLC/Rubin Lublin TN, PLLC | Main: 770-246-3300 |
|---|---|
| 3740 Davinci Court, Suite 150 | Direct: 678-281-2730 |
| Peachtree Corners, Georgia 30092 | Fax: 404-921-9016 |
| [www.rubinlublin.com](http://www.rubinlublin.com) | [bchaness@rubinlublin.com](mailto:bchaness@rubinlublin.com) |

*Serving Georgia, Mississippi, Tennessee & Alabama*

**From:** Scott Johannessen [mailto:sdj@me.com]
**Sent:** Thursday, February 20, 2014 3:56 PM
**To:** Bret Chaness
**Cc:** Peter Lublin
**Subject:** Re: URGENT!! IMMEDIATE ATTENTION REQUESTED!!

Bret,

Following up on our phone conversation a bit ago, please let me know as soon as possible what happened at the courthouse at 11:00 this morning and why a crier wasn't there to call the publicly noticed sale. That's highly irregular, wouldn't you agree?

Thanks.

**Scott D. Johannessen**
Attorney | CPA
Law Offices of Scott D. Johannessen

877.863.5400 | phone
877.863.5401 | fax
916.419.6600 | mobile

scott@sdjnet.com | e mail
www.sdjnet.com | w eb

Nashville | Sacramento
Licensed in Tennessee
and California

**Confidentiality Note:** This email may contain confidential or private information. If you are not the intended recipient or received this email in error please delete and notify the sender.

On Feb 20, 2014, at 1:44 PM, Bret Chaness <bchaness@rubinlublin.com> wrote:

67
8-
28
1-
27
30

---

IMPORTANT NOTICE: This message is intended to be received only by persons entitled to receive the confidential information it may contain. Electronic messages to clients of Rubin Lublin, LLC may contain information that is confidential and legally privileged. Please do not

https://mail.aol.com/38711-111/aol-6/en-us/mail/PrintMessage.aspx          8/19/2014

read, copy,
forward, or
store this
message
unless you are
an intended
recipient of it. If
you have
received this
message in
error, please
destroy this
information.
9b07Ri5XT0N