IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM E. KANTZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> RUBIN LUBLIN TN, PLLC, RUBIN LUBLIN LLC, and FEDERAL HOME LOAN MORTGAGE CORPORATION, <br><br> Defendants. | Case No. 3:14-cv-01113 <br> Judge Haynes |

## RUBIN LUBLIN'S MOTION TO STAY DISCOVERY

COME NOW, Rubin Lublin TN, PLLC and Rubin Lublin, LLC (collectively, for purposes of the motion only, the "Rubin Defendants"), by and through their undersigned counsel, and respectfully moves the Court for an order staying discovery, pending the forthcoming briefing on the mootness of claims required pursuant to the Court's minute entry from the June 27, 2014 Case Management Conference, a ruling on Rubin Defendants' Motion to Dismiss filed June 13, 2014 [Doc. 29]. The Rubin Defendants also move the Court for an order setting an expedited briefing schedule on the mootness issue. This briefing could be completed within ten (10) days of the Court's order. In support of this Motion, the Rubin Defendants are contemporaneously filing their brief containing arguments and citation of authorities.

WHEREFORE, Reverse prays for the following relief:

A. That this Court stay discovery until it rules on the pending Motion to Dismiss and forthcoming briefing on mootness;

B. That this Court set an expedited briefing schedule on the issue of mootness; and