UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| WILLIAM E. KANTZ, JR. | ) | |
| Plaintiff | ) | |
| v. | ) | NO. 3:14-1113 |
| | ) | JUDGE HAYNES |
| RUBIN LUBLIN, PLLC, et al | ) | |
| Defendant | ) | |

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/6/15.

      KEITH THROCKMORTON, CLERK
      s/Althea F. Straughter, Deputy Clerk